IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

YUSUF A. BRYANT                                                                                    PLAINTIFF

VERSUS                                           CIVIL ACTION NO.  1:12cv0002-HSO-JMR

MUNICIPAL COURT OF GULFPORT, MS;
FELICIA DUNN BURKS, Municipal Court Judge;
KIRK CLARK, Prosecutor; and
J. DEARMON, Officer, Badge # 6551                                                     DEFENDANTS

## FINAL JUDGMENT

This matter came on to be heard on the Motion [7] to Dismiss, or Alternatively for Summary Judgment, filed by Defendants, Municipal Court of Gulfport, Mississippi, Municipal Judge Felicia Dunn Burks, Municipal Prosecutor Kirk Clark, and Bailiff and Warrant Officer Jay Dearmon.  The Court, after a full review and consideration of the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants, Municipal Court of Gulfport, Mississippi, Municipal Judge Felicia Dunn Burks, Municipal Prosecutor Kirk Clark, and Bailiff and Warrant Officer Jay Dearmon, pursuant to Fed. R. Civ. P. 56.  This Civil Action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 24th day of September, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE